**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTEZ RICHARD BREWER,<br><br>　　　　Petitioner,<br><br>v.<br><br>E. RICOLCOL,<br><br>　　　　Respondent. | No. 2:25-cv-01937-JAK<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

1

Pursuant to the Court's Order denying the Petition (Dkt. 1) and granting the Motion to Dismiss (Dkt. 8), it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: March 20, 2025

John A. Kronstadt
United States District Judge